UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

         Plaintiff,  Criminal No. 06-190 (RHK/FLN)

    v.        **ORDER FOR EXTENSION OF**
                **TIME TO FILE OBJECTIONS**
Jose Luis Valente-Nava,     **AND POSITION PLEADINGS**

         Defendant.

---

Andrew Dunne, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

  The Defendant's Motion for Extension of Time is GRANTED.

  **IT IS HEREBY ORDERED** that:

  All written correspondence be due to the Probation Office by November 22, 2005;

and

  Position pleadings, if necessary, be filed electronically with the Clerk of Court by

November 29, 2006.

Dated:  11/2/06         s/Richard H. Kyle
                   Richard H. Kyle
                   United States District Court Judge